```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        JACKSONVILLE DIVISION
```

KURT REDMAN and EDITHA REDMAN,

                Plaintiffs,

vs.                                    Case No. 3:06-cv-384-J-33MMH

COVENANT TRANSPORT, INC., and BENSON GUILLAUME,

                Defendants.
_____/

**ORDER**

     This matter comes before the Court pursuant to Plaintiffs' Unopposed Motion for Remand to State Court (Doc. # 30), filed on October 10, 2006. Plaintiffs' motion represents that Defendants do not oppose Plaintiffs' motion. (Doc. # 30, p. 2.) Plaintiffs "seek an Order from this Court remanding the case to the Circuit Court, Seventh Judicial Circuit of Florida, St. Johns County, Florida." Id. Plaintiffs' motion states that this case was originally removed on the basis of diversity jurisdiction. Id. at 1. However, diversity jurisdiction was destroyed when Plaintiffs added a second defendant with leave of Court. Id. This second defendant was not of diverse citizenship from Plaintiffs. See id. at 1-2 (stating that Plaintiffs and new defendant are residents of Florida, and further stating that new defendant agrees that there is now a lack of complete diversity).

     Under 28 U.S.C. § 1447(c) requires a U.S. District Court to remand a case to state court "[i]f at any time before final

judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. § 1447(c). Because there is now a lack of complete diversity in this case, it appears this Court lacks subject matter jurisdiction. In addition, Defendants do not oppose Plaintiffs' motion to remand.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

1. Plaintiffs' Unopposed Motion for Remand to State Court (Doc. # 30) is **GRANTED**. This case is hereby **REMANDED** to the Circuit Court of the Seventh Judicial Circuit of Florida, St. Johns County, Florida.

2. The Clerk is directed to close the case and terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>18th</u> day of October 2006.

VIRGINIA M. HERNANDEZ COVINGTON<br>
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record